**No. 43513.**—Protests 955008–G, etc., of Aggler, Musser Seed Co. et al. (Los Angeles).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43514.**—Protest 992949–G of Wm. Goodacre & Sons (Baltimore).

Opinion by KINCHELOE, J. It was stipulated that the cocoa fiber mats in question are similar to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43515.**—Protest 806701–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise invoiced as forks and spoons or woodenware is the same as that the subject of *Borgfeldt* v. *United States* (T. D. 48585). The claim as manufactures of wood at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 43516.**—Protest 806714–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 29958 the incense burners in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43517.**—Protest 767731–G of Sprouse Reitz Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 29958 the incense burners in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43518.**—Protest 806829–G of F. W. Woolworth Co. (San Francisco).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the pencil holders in question were held dutiable at 40 percent under paragraph 339 as claimed.